IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL GRATTON, | ) |
| | ) NO. 3:20-cv-00509 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| DISMAS CHARITIES, INC., et al., | ) MAGISTRATE JUDGE HOLMES |

**ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 28), which was filed on August 20, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that the petition for habeas corpus relief be denied and that this action be dismissed without prejudice. Petitioner filed an objection (Doc. No. 31) to the Report and Recommendation. For the reasons discussed below, the Magistrate Judge's Report and Recommendation will be adopted and approved.

Under 28 U.S.C. § 636(b)(1) and Local Rule 72.02, a district court reviews *de novo* any portion of a report and recommendation to which a specific objection is made. *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001). General or conclusory objections are insufficient. *See Zimmerman v. Cason*, 354 F. Appx. 228, 230 (6th Cir. 2009). Thus, "only those specific objections to the magistrate's report made to the district court will be preserved for appellate review." *Id*. (quoting *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987)). In conducting the review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Magistrate Judge recommends that the petition for habeas corpus relief be denied for lack of exhaustion. Petitioner does not lodge a specific objection to the Report and Recommendation, but rather expresses disagreement with the Court's handling of this action. Thus,

Petitioner's objection does not provide a basis to reject or modify the Report and Recommendation. *See VanDiver v. Martin*, 304 F. Supp. 2d 934, 937 (E.D. Mich. 2004) ("An 'objection' that does nothing more than state a disagreement with a magistrate's suggested resolution, or simply summarizes what has been presented before, is not an 'objection' as that term is used in this context.").

Having reviewed the Report and Recommendation and considered Petitioner's objection, the Court concludes that the Report and Recommendation (Doc. No. 28) should be adopted and approved. Accordingly, the petition for habeas corpus relief (Doc. No. 1) is **DENIED** and this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE